**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| | : | |
| **v.** | : | **No. 94-192-1** |
| | : | |
| **MIKE PEREZ,** | : | |
| **Petitioner.** | : | |
| | : | |

# **O R D E R**

**AND NOW**, this 19ᵗʰ day of November 2013, upon consideration of the
petitioner's *pro se* motion for relief pursuant to Rule 60(b) of the Federal Rules of Civil
Procedure (Doc. No. 644) and responses thereto, it is hereby **ORDERED** that the motion
is **DENIED** in its entirety.

                                    BY THE COURT:


                                    /s/Lawrence F. Stengel
                                    LAWRENCE F. STENGEL, J.