IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MIKE PEREZ<br>USM: 47688-066 | : | NO. 94-192-01 |

## O R D E R

AND NOW, this 20th day of May, 2015, pursuant to 18 U.S.C.§3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby ORDERED that the term of imprisonment in this case is reduced to 292 months, effective November 1, 2015.

**AND IT IS SO ORDERED.**

s/: Lawrence F. Stengel, J.
Lawrence F. Stengel, J.